1  **Marshall Meyers (020584)**
2  **WEISBERG & MEYERS, LLC**
   **5025 North Central Ave., #602**
3  **Phoenix, AZ 85012**
   **602 445 9819**
4  **866 565 1327 facsimile**
5  **mmeyers@AttorneysForConsumers.com**
   **Attorney for Plaintiff**
6

7              **UNITED STATES DISTRICT COURT**
8                **FOR THE DISTRICT OF ARIZONA**

9  
| Heath Renfrow, | ) Case No. 4:10-cv-00674-DCB |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) |
| Collectco, Inc. dba EOS CCA, | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

             Dated this 12th day of September, 2011.

                  By: s/Marshall Meyers
                      Marshall Meyers (020584)
                  **WEISBERG & MEYERS, LLC**

Notice of Settlement

1  Filed electronically on this 12th day of September, 2011, with:

2
   United States District Court CM/ECF system
3

4  Notification sent electronically via the Court's ECF system on this 12th day of
   September, 2011 to:
5

6  Ms. Cynthia L. Fulton, Esq.
   Fulton, Friedman & Gullace, LLP
7  2345 E. Thomas Rd., Ste. 460
   Phoenix AZ 85016
8

9

10 By: s/Jessica DeCandia
        Jessica DeCandia
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Settlement