Law Offices
**HINSHAW & CULBERTSON LLP**
3200 N. Central Avenue
Suite 800
Phoenix, AZ 85012
602-631-4400
602-631-4404
vorze@hinshawlaw.com

Victoria L. Orze (011413)
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Heath Renfrow,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Collectco, Inc. d/b/a EOS CCA,<br><br>　　　　Defendant. | No. CV 10-00674 TUC DCB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties, through undersigned counsel, hereby stipulate to the dismissal of this matter, with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 21st day of October, 2011.

　　　　　　　　　　WEISBERG & MEYERS, LLC


　　　　　　　　　　s/Marshall Meyers
　　　　　　　　　　*with authority*
　　　　　　　　　　Marshall Meyers
　　　　　　　　　　Attorneys for Plaintiff


　　　　　　　　　　HINSHAW & CULBERTSON LLP


　　　　　　　　　　/s/ Victoria L. Orze
　　　　　　　　　　Victoria L. Orze
　　　　　　　　　　Attorneys for Defendant

. . .

23059866v1 0925533

## CERTIFICATE OF SERVICE

I certify that on October 21, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Marshall Meyers, Esq.
Weisberg & Meyers, LLC
*mmeyers@AttorneysForConsumers.com*
5025 North Central, Suite 602
Phoenix, Arizona 85012
Attorneys for Plaintiff


By   /s/ Anne Lockwood

2

23059866v1 0925533